1  J. SCOTT GERIEN, State Bar No. 184728
   JOY L. DURAND, State Bar No. 245413
2  DICKENSON, PEATMAN & FOGARTY
   1455 First Street, Suite 301
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiffs
   JACKSON FAMILY WINES, INC.
6  and LC TM HOLDING, LLC

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | Jackson Family Wines, Inc. and LC TM Holding, LLC, | CASE NO. 4:21-cv-2322 |
12 | | **PLAINTIFFS JACKSON FAMILY WINES, INC. AND LC TM HOLDING, LLC'S CORPORATE DISCLOSURE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
   |        Plaintiffs, | |
13 |        vs. | |
14 | E. & J. Gallo Winery, | |
15 |        Defendant. | |

## CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Jackson Family Wines, Inc. and LC TM Holding, LLC disclose that there are no parent corporations or publicly held corporations that own 10% or more of their stock.

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

CORPORATE DISCLOSURE & L.R. 3-15 CERTIFICATION          1

- Jackson Family Enterprises, Inc.

Dated: March 31, 2021

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By
J. Scott Gerien
Joy L. Durand

1455 First Street, Suite 301
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiffs,
JACKSON FAMILY WINES, INC.
and LC TM HOLDING, LLC