J. SCOTT GERIEN (SBN 184728)
JOY L. DURAND (SBN 245413)
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876
sgerien@dpf-law.com
jdurand@dpf-law.com

Attorneys for Plaintiffs/Counterdefendants
Jackson Family Wines, Inc.
and LC TM Holding, LLC


STEVEN M. WEINBERG (SBN 235581)
MICHAEL J. SALVATORE (SBN 281118)
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Tel: (310) 457-6100
Fax: (310) 457-9555
smweinberg@holmesweinberg.com
msalvatore@holmesweinberg.com

D. PETER HARVEY (SBN 55712)
HARVEY & COMPANY
Four Embarcadero Center, 14th Floor
San Francisco California 94111
Tel: (415) 926-7776
FAX: (415) 402-0058
pharvey@harvey.law

Attorneys for Defendant/Counterclaimant
E. & J. Gallo Winery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jackson Family Wines, Inc. and LC TM Holding, LLC, | CASE NO. 3:21-cv-02322-JD |
| Plaintiffs, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| vs. | |
| E. & J. Gallo Winery, | |
| Defendant. | |
| **AND RELATED COUNTERCLAIMS** | |

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2  designated counsel that the above captioned actions, including all claims and counterclaims, be

3  DISMISSED WITH PREJUDICE in their entireties with each party to bear its own costs and

4  attorneys' fees.  However, to the extent that there may be any future claims by Plaintiffs against

5  Defendant unrelated to the uses of the CASK & CREAM mark addressed in this action, and as

6  permitted pursuant to the Settlement Agreement of January 19, 2022 entered between the Parties,

7  this Dismissal shall be without prejudice as to such claims.

8

9

10  Dated: January 20, 2022                    DICKENSON, PEATMAN & FOGARTY

11                                             /s/ J. Scott Gerien_____ _____
                                               J. Scott Gerien

12
                                               Attorneys for Plaintiffs/Counterdefendants,
13                                             Jackson Family Wines, Inc.
                                               and LC TM Holding, LLC
14
    Dated: January 20, 2022                    HOLMES WEINBERG, PC
15
                                               /s/ Steven M. Weinberg_____ _____
16                                             Steven M. Weinberg

17
                                               Attorneys for Defendant/Counterclaimant,
18                                             E. & J. Gallo Winery

19  Dated: January 20, 2022                    HARVEY & COMPANY

20                                             /s/ D. Peter Harvey___     _____ _____
                                               D. Peter Harvey
21

22                                             Attorneys for Defendant/Counterclaimant,
                                               E. & J. Gallo Winery
23

24

25

26

27

28